**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 273 MAL 2014
:
                Respondent : 
                    : Petition for Allowance of Appeal from the
                    : Order of the Superior Court
        v. : 
:
:
:
JERRY G. BURGOS, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.